IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

6:09-CV-2661-HFF-BHH

| | |
|---|---|
| Stacey Harper McClain, a/k/a Stacey Harper, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **CONSENT ORDER OF DISMISSAL** |
| Ross Stores, Inc., | ) ) ) |
| Defendant. | ) ) ) |

Before the Court is Defendant's motion to dismiss and to compel arbitration. Plaintiff now indicates that she consents. Specifically the parties, by and through their undersigned counsel, have agreed as follows:

1. On March 15, 2002, Ross implemented a mandatory binding arbitration program. On April 9, 2002, Plaintiff executed an arbitration agreement which requires the claims Plaintiff asserts in this action to be resolved through binding arbitration;
2. The parties agree to submit the claims asserted in this action to final and binding arbitration in accordance with the Ross Arbitration Policy as contained the Ross Store Associate Handbook dated July 2005, a copy of which is included as Attachment 5 to Defendant's Memorandum in Support of its Motion to Dismiss and Petition to Compel Arbitration and Stay Proceedings (U.S.D.C. D.S.C. Docket Entry No. 5-6).

Accordingly, this case is dismissed without prejudice, each party to bear its own costs.

    IT IS SO ORDERED.

                                    **s/Henry F. Floyd**
                                    Henry F. Floyd
                                    United States District Judge

February 8, 2010

| WE CONSENT: | WE SO MOVE: |
|---|---|
| s/David F. Stoddard | s/Franklin G. Shuler, Jr. |
| David F. Stoddard, Esquire (Fed. ID No. 6476) | Franklin G. Shuler, Jr. (Fed. ID No. 5547) |
| Law Offices of David F. Stoddard | Turner Padget Graham & Laney, P.A. |
| 320 East River Street | P.O. Box 1473 |
| Anderson, SC 29624 | Columbia, South Carolina 29202 |
| david@stoddardattorney.com | FShuler@TurnerPadget.com |
| Attorney for Plaintiff | Attorneys for Defendants, Ross Stores, Inc., |
| February 8, 2010 | February 8, 2010 |

**(Consent Order of Dismissal 6:09-CV-2661-HFF-BHH)**